## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

IN RE:                                      )
                                            )
DAVID W. LAWRENCE           )          CASE NO. 16-31740-thf
                                            )          CHAPTER 13
_____DEBTOR_____)

### MOTION TO AMEND ORDER OF CONFIRMATION
\* \* \* \* \* \*

Comes the Debtor, David W. Lawrence, by counsel, and for his Motion to Amend the Order of Confirmation, states as follows:

1. On June 2, 2016, Debtor filed for protection under Chapter 13 of the United States Bankruptcy Code. The Debtor's Schedules and Plan filed therein estimated the amount of the pre-petition claim of Commonwealth of Kentucky, Division of Unemployment to be $1,400.00.

2. Commonwealth of Kentucky, Division of Unemployment filed a Proof of Claim (claim #3), for the amount of $1,009.00.

3. For this reason, the Debtor respectfully requests the Order of Confirmation be amended to reflect the full pre-petition claim of Commonwealth of Kentucky, Division of Unemployment in the amount of $1,009.00 to be paid as a secured claim with no interest, inside the Plan.

Respectfully Submitted,

/s/ John W. Bauman
JOHN W. BAUMAN
Attorney at Law
Dixie Manor Office Suite #229
6801 Dixie Highway
Louisville KY   40258
(502) 995-8686
Counsel for Debtor

**CERTIFICATE**

It is hereby certified that a copy of the attached Motion was this the 28th day of February, 2017, mailed either by first class mail or by electronic mail to: William W. Lawrence, Trustee; and to Amy F. Howard, Attorney at Law, 300 Sower Blvd, 4th Floor, Frankfort, KY 40601.

/s/ John W. Bauman
JOHN W. BAUMAN