**UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID W. LAWRENCE | ) | CASE NO. 16-31740-thf |
| | ) | CHAPTER 13 |
| _____DEBTOR\_\_\_\_\_ | ) | |

**ORDER AMENDING ORDER OF CONFIRMATION**

\* \* \* \* \* \*

Upon Motion of Debtor, by counsel, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that this Court's Order of Confirmation entered July 7, 2016, is amended to allow and provide for the pre-petition arrearage claim of MTGLQ Investors, LP on behalf of Rushmore Loan Management Services in the amount of $45,612.13 to be paid as a secured arrearage claim with no interest, inside the Plan.

The claim shall be paid pursuant to Local Rules.   All other provisions of the original Order of Confirmation remain unchanged.

Thomas H. Fulton
United States Bankruptcy Judge

Dated:  May 29, 2018

Tendered By:

/s/ John W. Bauman
JOHN W. BAUMAN
Attorney at Law
Dixie Manor Office Suite #229
6801 Dixie Highway
Louisville, KY   40258
(502) 995-8686
Counsel for Debtor